924

*General Olney* and *Beatrice Rosenberg* for the United States.

No. 495, Misc. DAVIS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 496, Misc. NORVELL *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 498, Misc. LILLY *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 499, Misc. WASHINGTON *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 505, Misc. BRUCE *v.* PENNSYLVANIA. Superior Court of Pennsylvania, Philadelphia District. Certiorari denied.

No. 506, Misc. ATKINSON *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 511, Misc. SQUIRE *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 513, Misc. WILLIAMS *v.* DELMORE, WARDEN. Supreme Court of Washington. Certiorari denied.

No. 598. SKINNER *v.* UNITED STATES, 348 U. S. 981;
No. 609. CATO *v.* SILLING, 348 U. S. 981; and
No. 470, Misc. IN RE JUDD, 348 U. S. 980. Petitions for rehearing denied.